IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR87 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| SALVADOR CALDERON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 140), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Petition for Action on Conditions of Pretrial Release (Filing No. 88) against Salvador Calderon.

IT IS ORDERED that the Motion to Dismiss the Petition for Action on Conditions of Pretrial Release (Filing No. 88) (Filing No. 140) is granted.

Dated this 28th day of March, 2014.

BY THE COURT:


　　s/ Joseph F. Bataillon
United States District Judge